IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED

2006 OCT -5  P 12: 49

| | |
|---|---|
| CITIFINANCIAL MORTGAGE COMPANY, INC., n/k/a CITIMORTGAGE, INC., | ) ) ) |
| PLAINTIFF, | ) ) |
| V. | ) ) |
| ALPHA SMITH and VERA M. SMITH, | ) ) |
| DEFENDANTS. | ) |

CV: 3 06CV 899-MHT

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant CitiFinancial Mortgage Company, Inc., n/k/a Citimortgage, Inc. ("CitiFinancial Mortgage") hereby states as follows:

1. Citigroup Inc. is a parent corporation and/or is a publicly-held corporation that owns 10% or more of CitiFinancial Mortgage.

Respectfully submitted,

Reid S. Manley (MANLR6842)
Elizabeth B. Shirley (BOSQE5958)

Attorneys for Plaintiff CitiFinancial
Mortgage Company, Inc., n/k/a
Citimortgage, Inc.

**OF COUNSEL:**

**BURR & FORMAN LLP**
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

1506347





SCANNED

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served on the following by directing same to their office address through first-class, United States mail, postage prepaid, on this the 5th day of October, 2006.

>Tyrone C. Means
>Charles James, II
>Thomas, Means & Gillis & Seay, P.C.
>P.O. Drawer 5058
>3121 Zelda Court
>Montgomery, Alabama 36103-5058

>_____
>OF COUNSEL