**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:  Citifinancial Mortgage Company, Inc. v. Smith et al

Case Number:   3:06-cv-00899-MHT

Referenced Pleading:   Corporate disclosure statement  -   doc. 2

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents attached to this notice.  Please see the correct PDF documents to this notice.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED

2006 OCT -5 P 12: 49

| | |
|---|---|
| CITIFINANCIAL MORTGAGE COMPANY, INC., n/k/a CITIMORTGAGE, INC., | ) ) ) |
| PLAINTIFF, | ) ) |
| V. | ) ) CV: 3 06CV 899-MHT |
| ALPHA SMITH and VERA M. SMITH, | ) ) |
| DEFENDANTS. | ) |

### CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant CitiFinancial Mortgage Company, Inc., n/k/a Citimortgage, Inc. ("CitiFinancial Mortgage") hereby states as follows:

1.  Citigroup Inc. is a parent corporation and/or is a publicly-held corporation that owns 10% or more of CitiFinancial Mortgage.

Respectfully submitted,

Reid S. Manley (MANLR6842)
Elizabeth B. Shirley (BOSQE5958)

Attorneys for Plaintiff CitiFinancial
Mortgage Company, Inc., n/k/a
Citimortgage, Inc.

**OF COUNSEL:**

**BURR & FORMAN LLP**
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

1506347





SCANNED

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on the following by directing same to their office address through first-class, United States mail, postage prepaid, on this the 5th day of October, 2006.

Tyrone C. Means<br>
Charles James, II<br>
Thomas, Means & Gillis & Seay, P.C.<br>
P.O. Drawer 5058<br>
3121 Zelda Court<br>
Montgomery, Alabama 36103-5058

_____
OF COUNSEL

1506347                                    2