# In the United States District Court
# For the Middle District of Alabama, Eastern Div.

| | |
|---|---|
| CITIFINANCIAL MORTGAGE COMPANY, INC., ) <br> n/k/a CITIMORTGAGE, INC., ) <br> ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> ALPHA SMITH and VERA SMITH, ) <br> ) <br> Defendant(s). ) | **SUMMONS** <br><br> (Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate laws.) <br><br> CIVIL ACTION CASE NUMBER: <br><br> 3:06 CV899-MHT |

TO DEFENDANT

Vera Smith,
c/o Tyrone C. Means & Charles James, II
Thomas, Means & Gillis & Seay, PC
PO Drawer 5058
Montgomery, AL 36103-5058

You are hereby summoned and required to serve upon plaintiff's attorney(s):

Reid S. Manley and Elizabeth B. Shirley
Burr & Forman, LLP
420 North 20th Street, Suite 3100
Birmingham, AL 35203

a response to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 10/11/06

*Debra P. Hackett*
_____,CLERK

SEE REVERSE SIDE FOR RETURN

By:

Deputy Clerk
(SEAL OF COURT)

NOTE:   A separate summons must be prepared for each defendant.

# In the United States District Court
# For the Middle District of Alabama, Eastern Div.

| | |
|---|---|
| CITIFINANCIAL MORTGAGE COMPANY, INC., n/k/a CITIMORTGAGE, INC., ) ) ) Plaintiff(s), ) ) v. ) ) ALPHA SMITH and VERA SMITH, ) ) Defendant(s). ) | SUMMONS<br><br>(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate laws.)<br><br>CIVIL ACTION CASE NUMBER:<br><br>3:06cv899-MHT |

TO DEFENDANT

Alpha Smith,
c/o Tyrone C. Means & Charles James, II
Thomas, Means & Gillis & Seay, PC
PO Drawer 5058
Montgomery, AL 36103-5058

You are hereby summoned and required to serve upon plaintiff's attorney(s):

Reid S. Manley and Elizabeth B. Shirley
Burr & Forman, LLP
420 North 20th Street, Suite 3100
Birmingham, AL 35203

a response to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 10/11/06

SEE REVERSE SIDE FOR RETURN

Debra P. Hackett
_____, CLERK

By: _____
Deputy Clerk
(SEAL OF COURT)

NOTE:  A separate summons must be prepared for each defendant.