**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery  10/17/06

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

OCN 899 340

1. Article Addressed to:

Charles James, II
Thomas, Means & Gillis & Seay, P.C.
P.O. Drawer 5058
Montgomery, Alabama 36103-5058

On behalf of Alpha Smith & Vera Smith

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☑ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)    7004 2510 0004 0782 9823    823

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540