**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| CITIFINANCIAL MORTGAGE COMPANY, INC., n/k/a CITIMORTGAGE, INC., ) ) ) | |
| PLAINTIFF, ) ) | |
| V. ) ) | CV: 3:06cv899-MHT |
| ALPHA SMITH and VERA M. SMITH, ) ) | |
| DEFENDANTS. ) | |

**REPORT OF PARTIES' PLANNING MEETING**

1.      Pursuant to Federal Rule Civil Procedure 26(f), on November 21, 2006, Elizabeth B. Shirley, on behalf of Plaintiff CitiFinancial Mortgage Company, Inc., n/k/a Citimortgage, Inc., and Charles James, II, on behalf of Defendants Alpha and Vera Smith, conferred regarding the above-styled case.

2       Pre-Discovery Disclosures: The parties will exchange the information required by Fed. R. Civ. P. 26(a)(1) by December 21, 2006.

3.      Discovery Plan.  The parties jointly propose to the court the following discovery plan:

   a.      Plaintiff will need discovery on the following subjects: Alpha Smith's March 11, 2004, loan transaction and arbitration agreement with CitiFinancial Corporation, LLC, and Defendants' claims in *Smith v. CitiFinancial Mortgage*, CV-06-84, in the Circuit Court of Macon County, Alabama (or the "Underlying Action").

b. Defendants will need discovery on the following subjects: Alpha Smith's March 11, 2004, loan transaction and arbitration agreement with CitiFinancial Corporation, LLC.

c. All discovery commenced in time to be completed by May 31, 2007.

d. Maximum of 30 interrogatories by each party to any other party. Responses are due within thirty (30) days after service.

e. Maximum number of 25 requests for admission by each party to any other party. Responses are due within thirty (30) days after service.

f. Depositions limited to 5 per side (excluding expert depositions) and limited to a maximum of 7 hours unless extended by agreement of parties.

g. Reports from retained experts under Rule 26(a)(2) due from Plaintiff by April 2, 2007, and from Defendants by April 16, 2007.

h. Supplementations under Rule 26(e) due by March 26, 2007.

4. Other Items.

a. The parties do not request a conference with the Court before entry of the scheduling order.

b. The parties request a pretrial conference thirty days before trial.

c. The Plaintiff and Defendants should be allowed until March 19, 2007 to join additional parties and to amend the pleadings.

d. All potentially dispositive motions should be filed by July 30, 2007.

e. Settlement cannot be evaluated at this time.

f. Final lists of witnesses and exhibits under Rule 26(a)(3) should be due fourteen (14) days before trial.

2

g.      Parties should have ten (10) days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

h.      This case should be ready for trial by November, 2007 and at this time is expected to take approximately 2 days.

Date: November 21, 2006

                                                    s/ Elizabeth B. Shirley
                                                    Elizabeth B. Shirley (BOSQE5958)
                                                    One of the attorneys for Plaintiff CitiFinancial
                                                    Mortgage Company, Inc., n/k/a Citimortgage, Inc.

**OF COUNSEL:**
BURR & FORMAN
420 20th Street North
Suite 3100, Wachovia Tower
Birmingham, Alabama 35203
Telephone: 205-251-3000
Facsimile: 205-458-5100
E-mail: bshirley@burr.com

                                                    s/ Charles James, II
                                                    Charles James (JAM028)
                                                    One of the attorneys for Defendants Alpha and Vera
                                                    Smith

**OF COUNSEL:**
THOMAS, MEANS, GILLIS & SEAY, P.C.
Post Office Drawer 5058
3121 Zelda Court
Montgomery, Alabama 36103-5058
Telephone: 334-270-1033
Facsimile: 334-260-9396
E-mail: cjames@tmgslaw.com