IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| CITIFINANCIAL MORTGAGE )<br>COMPANY, INC., a/k/a, )<br>CITIMORTGAGE, INC., )<br>  )<br>  Plaintiff, )<br>  )<br>  v. )<br>  )<br>ALPHA SMITH and VERA M. )<br>SMITH, )<br>  )<br>  Defendants. ) | CIVIL ACTION NO.<br>3:06cv899-MHT |

ORDER

It is ORDERED that the motion for summary judgment (doc. no. 12) is set for submission, without oral argument, on January 22, 2007, with any opposing brief and evidentiary materials due by said date.

DONE, this the 8th day of January, 2007.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE