IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CITIFINANCIAL MORTGAGE COMPANY, INC., n/k/a CITIMORTGAGE, INC., | ) ) ) |
| PLAINTIFF, | ) ) |
| V. | ) CV: 3:06cv899-MHT ) |
| ALPHA SMITH and VERA M. SMITH, | ) ) |
| DEFENDANTS. | ) |

**NOTICE OF SERVICE OF PLAINTIFF'S FIRST INTERROGATORIES, REQUESTS FOR PRODUCTION AND REQUESTS FOR ADMISSION**

Notice is hereby given that on January 22, 2007, Plaintiff CitiFinancial Mortgage Company, Inc., n/k/a Citimortgage, Inc., served its First Interrogatories, Requests for Production and Requests for Admission on counsel for Defendants Alpha Smith and Vera M. Smith regarding the above-styled action.

DATED: January 22, 2007.

                 Respectfully submitted,

                 <u>s/Elizabeth B. Shirley</u>
                 Reid S. Manley (MANLR6842)
                 Elizabeth B. Shirley (BOSQE5958)

                 Attorneys for Plaintiff CitiFinancial
                 Mortgage Company, Inc., n/k/a
                 Citimortgage, Inc.

<u>OF COUNSEL:</u>

**BURR & FORMAN LLP**
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

1536623

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 22, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that all counsel are registered in the CM/ECF system and should receive electronic notice.

                                        s/Elizabeth B. Shirley
                                        OF COUNSEL