IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CITIFINANCIAL MORTGAGE COMPANY, INC., n/k/a CITIMORTGAGE, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO.  3:06cv899-MHT |
| ALPHA and VERA SMITH, | ) ) ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of the plaintiff's motion to compel (doc. # 19), it is

ORDERED that on or before May 17, 2007, the opposing party shall show cause why the motion should not be granted.

Done this 10th day of May, 2007.

           /s/Charles S. Coody
    CHARLES S. COODY
    CHIEF UNITED STATES MAGISTRATE JUDGE