IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CITIFINANCIAL MORTGAGE COMPANY, INC., n/k/a CITIMORTGAGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALPHA and VERA SMITH, <br><br> Defendants. | ) ) ) ) ) ) ) ) CIVIL ACTION NO. 3:06cv899-MHT ) ) ) ) ) |

**ORDER**

Upon consideration of the plaintiff's motion to compel (doc. # 19) and the defendants' opposition to the motions (doc. # 21), it is

ORDERED that this matter be and is hereby set for oral argument on June 26, 2007, at 9:00 a.m. This proceeding shall be conducted by telephone conference. The plaintiff shall set up the telephone conference.

Done this 31st day of May, 2007.

                                     /s/Charles S. Coody
                                  CHARLES S. COODY
                                  CHIEF UNITED STATES MAGISTRATE JUDGE