IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


CITIFINANCIAL MORTGAGE      )
COMPANY, INC., a/k/a,        )
CITIMORTGAGE, INC.,         )
                            )
    Plaintiff,           )
                            )          CIVIL ACTION NO.
    v.                   )          3:06cv899-MHT
                            )
ALPHA SMITH and VERA M.     )
SMITH,                      )
                            )
    Defendants.          )

ORDER

Because of a scheduling conflict, it is ORDERED that

the uniform scheduling order is amended to reflect that

the pretrial will be on August 14, 2007, with all

deadlines tied to the pretrial date adjusted accordingly.

DONE, this the 8th day of June, 2007.


      /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE