IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **CITIFINANCIAL MORTGAGE COMPANY, INC., n/k/a CITIMORTGAGE, INC.,** | ) ) ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) **CIVIL ACTION NO. 3:06cv899-MHT** |
| **ALPHA SMITH and VERA M. SMITH,** | ) ) ) |
| **Defendants.** | ) ) |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

**COME NOW** plaintiff CitiFinancial Mortgage Company, Inc. n/k/a CitiMortgage, Inc. and Defendant Vera Smith and jointly request this Court to dismiss this action without prejudice against Vera Smith, and to tax costs as paid.

**WHEREFORE, PREMISES CONSIDERED**, the parties jointly pray that the Court will enter an Order dismissing the above-styled action against Vera Smith without prejudice.

Dated this 11th day of July, 2007                    Dated this 11th day of July, 2007


s/ Alan D. Leeth                                                  s/ Charles James, II
Reid S. Manley (MAN039)                                Tyrone C. Means
Alan D. Leeth (LEE038)                                    Charles James, II
Elizabeth B. Shirley (BOS018)                          Attorneys for Defendants
Attorneys for Plaintiff

BURR & FORMAN LLP                                    THOMAS, MEANS & GILLIS & SEAY, P.C.
420 North 20th Street, Suite 3400                   P.O. Drawer 5058
Birmingham, Alabama  35203                         3121 Zelda Court
(205) 251-3000                                                  Montgomery, Alabama 36103-5058

1567110 v1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **CITIFINANCIAL MORTGAGE COMPANY, INC., n/k/a CITIMORTGAGE, INC.,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**ALPHA SMITH and VERA M. SMITH,** )<br>)<br>**Defendants.** ) | **CIVIL ACTION NO.:**<br>**CV: 3:06cv899-MHT** |

## ORDER

Having considered the parties' *Joint Stipulation of Dismissal Without Prejudice* dismissing the action against Vera Smith without prejudice, the Court hereby finds that the *Joint Stipulation of Dismissal Without Prejudice* is **GRANTED**.

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that the above-styled action is dismissed against Vera Smith without prejudice, costs taxed as paid.

**SO ORDERED** this the ____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

1584396 v1