IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CITIFINANCIAL MORTGAGE COMPANY, INC., n/k/a CITIMORTGAGE, INC., | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 3:06cv899-MHT ) |
| ALPHA and VERA SMITH, | ) ) |
| Defendants. | ) |

**ORDER**

Now pending before the court is the April 30, 2007, motion to compel, in which the plaintiff seeks defendant Vera Smith's credit reports. (Doc. No. 19.) After oral argument was held on July 26, 2007, the parties submitted a joint stipulation of dismissal without prejudice with respect to the claims against defendant Vera Smith. (Doc. No. 26.) On July 28, 2007, the court ordered that defendant Vera Smith be dismissed without prejudice. (Doc. No. 28.) Accordingly, it is

ORDERED that the plaintiff's motion to compel be and is hereby DENIED as moot. (Doc. No. 19.)

Done this 25th day of July, 2007.

      /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE