# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **CITIFINANCIAL MORTGAGE COMPANY, INC., n/k/a CITIMORTGAGE, INC.,** | ) )  ) |
| **Plaintiff,** | ) ) |
| v. | ) ) ) | 
| **ALPHA SMITH and VERA M. SMITH,** | ) ) ) |
| **Defendants.** | ) |

**CIVIL ACTION NO.:
CV: 3:06cv899-MHT**

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

**COMES NOW** plaintiff CitiFinancial Mortgage Company, Inc. n/k/a CitiMortgage, Inc. ("CitiFinancial"), pursuant to the Scheduling Order entered by this Court and hereby submits this Notice Concerning Settlement Conference and Mediation.

Although the parties have not reached a settlement in the above-captioned matter, the parties believe that mediation may be helpful in resolving this matter short of trial. Accordingly, the parties have scheduled a mediation in an attempt to resolve this matter and the underlying action pending in the Circuit Court of Macon County, Alabama. The mediation is scheduled for Monday, September 24, 2007, at the offices of attorney Michael B. Maddox of Sirote & Permutt in Birmingham, Alabama.

Respectfully submitted,

s/ Alan D. Leeth
Reid S. Manley (MAN039)
Alan D. Leeth (LEE038)
Elizabeth B. Shirley (BOS018)

Attorneys for Plaintiff
CITIFINANCIAL MORTGAGE COMPANY, INC., N/K/A
CITIMORTGAGE, INC.

1591205 v1

OF COUNSEL:

BURR & FORMAN LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

### CERTIFICATE OF SERVICE

      I hereby certify that on the 7th day of August, 2007, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all properly registered parties and to the extent they are not registered with the Court's ECF system, they have been served by directing same to their office addresses via first-class, United States mail, postage prepaid:

Tyrone C. Means<br>
Charles James, II<br>
Thomas, Means & Gillis & Seay, P.C.<br>
P.O. Drawer 5058<br>
3121 Zelda Court<br>
Montgomery, Alabama 36103-5058

                                s/ Alan D. Leeth
                                OF COUNSEL